TIMOTHY M. BURGESS
United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ESTHER RUIZ-HEATHERS, ) <br> ) <br> Defendant. ) <br> ) | Case No. A02-0111 CR (JKS) <br><br> **NON-OPPOSED MOTION FOR ADDITIONAL 60 DAY EXTENSION OF TIME** <br><br> *On Shortened Time* |

Plaintiff moves for an extension of time within which to file a response to the Defendant's Petition for Relief pursuant to 28 U.S.C. § 2255. The Plaitiff's last status report was filed on June 29, 2005. The Plaintiff's response was due November 22, 2005. Plaintiff requests an extension of 60 days, which would make Plaintiff's response due January 23, 2006 in order to address the pertinent issue in this case.

As a basis for this further continuance the parties had occasion to conduct a

frank and detailed discussion of the various options available to them as constrained by the present filing of the Section 2255 petition. As the government has stated on the record previously, there exists merit under the law and facts provided in the defendant's initial opening Section 2255 petition. The issue between the parties, and the one they are currently undertaking to resolve, are the various competing options available to each under a variety of different scenarios. In order to reach an agreement on the most appropriate course of action, the government is, on its side, required to contact and obtain information (in some cases legal opinions) as to specific avenues available. This would also include law enforcement opinions and other aspects of the prior matter which are no longer immediately available due to changes in staffing and personnel. As to the defense side of the equation further communication is required with the defendant as to the options available given the government's most recent contact with defense counsel.

Additionally, the government is ordering certain transcripts of proceedings which will take additional time and require examination regarding this case and application to other additional internal resolution issues.

Given the foregoing, and that the parties are in agreement with the continuance and have further advanced the process on their own accord, and, finally, given the non-opposition by the defendant, who remains out of custody,

there should be no prejudice to a further continuance.

Respectfully submitted this 14TH day of December, 2005, in Anchorage, Alaska.

> TIMOTHY M. BURGESS
> United States Attorney
>
> *[signature]*
>
> STEVEN E. SKROCKI
> Assistant U.S. Attorney

**FILED**

**DEC 15 2005**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

I declare under penalty of perjury that a true and correct copy of the foregoing Motion for Extension of Time was sent to the following counsel via USAO pick up box.

Kevin McCoy
Assistant Federal Public Defender
550 W. 7th Ave., Ste. 1600
Anchorage, AK 99501

Executed at Anchorage, Alaska, on December 14, 2005

*K Joy McCulloch*
Office of the U.S. Attorney

Government's response to defendant's 28:2255 shall be filed on or before **January 23, 2006**. Defendant's repy shal be filed on or before **February 6, 2006**.

**IT IS SO ORDERED**

*[signature]*                              12-14-05
JOHN D. ROBERTS,                         Date
U.S. Magistrate Judge

A02 0111-CR (JKS)      an 12-15-05

K. MCCOY (FPD)
S. SKROCKI (US ATTY)

3