DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Steven.Skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:02-cr-111-JKS |
| Plaintiff, ) | |
| ) | **NOTICE OF RESOLUTION** |
| v. ) | |
| ) | *On Shortened Time* |
| ESTHER RUIZ-HEATHERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    The United States files with the court a notice of resolution with regard to the section 2255 petition filed on behalf of defendant Ruiz-Heathers. As the court is aware, the parties have been delaying this proceeding in the hopes that a resolution can be reached with regard to the issues. As of this writing, the

government has agreed to the resolution proposed by the defendant in this case and would request an additional 60 days within which to finalize the details of the agreement.

For the reasons set out above, the government requests that the court permit an additional 60 days to complete the required paperwork.

Respectfully submitted this 21st day of February, 2006, in Anchorage, Alaska.

                                      DEBORAH M. SMITH
                                      Acting United States Attorney

                                      s/ Steven E. Skrocki
                                      Assistant U. S. Attorney
                                      222 West 7th Ave., #9, Rm. 253
                                      Anchorage, AK 99513-7567
                                      Phone: (907) 271-5071
                                      Fax: (907) 271-1500
                                      E-mail: Steven.Skrocki@usdoj.gov
                                      AK #0108051

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2006
a copy of the foregoing Notice of Resolution
was served electronically on Kevin McCoy.

s/ Steven E. Skrocki