**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> ESTHER RUIZ-HEATHERS </u>

THE HONORABLE JOHN D. ROBERTS

<small>DEPUTY CLERK</small>                                     CASE NO.  <u>3:02-CR-00111-JKS</u>

<u> Dan Maus </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 21, 2006

      In light of the government's Notice of Resolution re defendant's 28:2255, Clerk's Docket No. 100, the briefing on defendant's Motion to Vacate under 28:2255, Clerk's Docket No. 54, is hereby **STAYED**.

      Counsel for government shall file a status report on or before <u>**April 24, 2006**</u>, unless closing papers are sooner filed.

[]{IA.WPD*Rev.12/96}