DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:02-cr-111-JKS |
| Plaintiff, | ) | |
| | ) | **STATUS REPORT** |
| v. | ) | |
| | ) | |
| ESTHER RUIZ-HEATHERS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The government reports that the parties have reached an accord with regard

to the specific charge and procedure concerning their agreed upon disposition.  As

to this defendant, the government has agreed to substitute a violation of 21 USC

844, Simple Possession of a Controlled Substance.

In making this arrangement and presenting it to the court the parties discussed government counsel's continued responsibilities in other matters and a pending trial date in a significant case of May 15, 2006.  Given those commitments, the parties agreed that they would report to the court at the end of May, 2006, and request a scheduling hearing for the purpose of calendaring the filing of a subsitute information and the arrangement of an arraignment, change of plea and sentencing hearing.  This calendering is necessary inasmuch as the defendant resides in Craig, Alaska, and the necessary travel arrangements must be made.

Accordingly, given the above, the parties respectfully request the court to stay the proceeding and set an order for the  parties to provide notice to the court on May 31, 2006 to set out appropriate dates for further proceedings consistent

//

//

//

//

with the parties' intentions if favorable to the court.[1]

Respectfully submitted this 24th day of April, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Steven E. Skrocki
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: steven.skrocki@usdoj.gov
AK #0108051

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2006
a copy of the foregoing Notice of Resolution
was served electronically on Kevin McCoy.

s/ Steven E. Skrocki

---

[1] Defense counsel indicates he will be unavailable from May 30th to July 5th, 2006 and that a date in July would be agreeable. Government counsel does not believe given the pending trial in 3:06-cr-022-JWS that he will be available to do the necessary paperwork until the very tail end of May, if at all that month.