DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>            Plaintiff,                           )<br>                                                            )<br>     v.                                              )<br>                                                            )<br>ESTHER RUIZ-HEATHERS,       )<br>                                                            )<br>            Defendant.                       )<br>_____) | Case No. 3:02-cr-111-JKS<br><br>**STATUS REPORT** |

　　　The United States files with the court a status report with regard to the above captioned matter.  On this date government counsel attempted to contact counsel for defendant Esther Ruiz-Heathers with regard to the timing for the filing of new charges and the change of plea. With regard to that attempted contact government counsel learned that counsel for defendant is out of the office until July 4, 2006.

Prior to this date, government counsel and counsel for the defendant met and conferred telephonically with regard to the timing of this matter and agreed that a time set after counsel's return from extended leave in July would be agreeable to both parties.

Wherefore, given counsel's absence the government informs the court that it will contact counsel for defendant during the week of July 3rd, and arrange with counsel a date set for the conclusion of this matter. Once a date is reached, and travel arrangements are secured from the defendant's residence in Craig, Alaska the parties will so inform the court so that it may schedule a hearing at the appropriate time.

Respectfully submitted this 5th day of June, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Steven E. Skrocki
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: steven.skrocki@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2006
a copy of the foregoing Notice of Resolution
was served electronically on Kevin McCoy.

s/ Steven E. Skrocki
_____