# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> ESTHER RUIZ-HEATHERS </u>

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                              CASE NO.  <u>3:02-cr-00111-JKS-JDR</u>

<u> Patty Demeter </u>

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**      DATE: June 20, 2006

     The court has received a status report dated <u>June 5, 2006</u>. The report is accepted.

     A further status report shall be filed by counsel for plaintiff on or before <u>July 24, 2006</u>, unless closing papers are sooner filed.

[]{IIA4.WPD*Rev.12/96}