Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ESTHER RUIZ-HEATHERS,<br><br>        Defendant. | NO. 3:02-cr-0111-JKS<br><br>**STATUS REPORT** |

The parties have reached a settlement of the above-styled matter and anticipate filing closing papers within seven (7) days.  *See* Tab A (correspondence between counsel).

Dated at Anchorage, Alaska this 24th day of July 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:		907-646-3400
Fax:		907-646-3480
E-Mail:		kevin_mccoy@fd.org

Certification:
I certify that on July 24, 2006,
a copy of the *Status Report* was
served electronically on:

Steve Skrocki
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy