DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:02-CR-00111-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | <u>COUNT 1</u>: UNLAWFUL |
| vs. | ) | POSSESSION OF A |
| | ) | CONTROLLED SUBSTANCE |
| ESTHER RUIZ-HEATHERS, | ) |   Vio. 21 U.S.C. § 844(a) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

I N F O R M A T I O N

The United States Attorney charges that:

Between September 1, 2002 and October 2002, in the District of Alaska, the defendant ESTHER RUIZ-HEATHERS, did knowingly and intentionally possess a controlled substance to wit: methamphetamine, its salts, isomers, and salts of its isomers.

All of which is in violation of Title 21, United States Code, Section 944(a)

                                             DEBORAH M. SMITH
                                             Acting United States Attorney

DATED: July 31st, 2006          s/ Steven E. Skrocki
                                             STEVEN E. SKROCKI
                                             Assistant U.S. Attorney
                                             Federal Building and U.S. Courthouse
                                             222 West 7th Ave., #9. Rm. 253
                                             Anchorage, Alaska 99513-7567
                                             Phone: (907) 271-5071
                                             Fax: (907) 271-1500
                                             E-mail: steven.skrocki@usdoj.gov