Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ESTHER RUIZ-HEATHERS,<br><br>           Defendant. | NO. 3:02-cr-0111-JKS<br><br>**UNOPPOSED MOTION FOR ORDER PERMITTING THE DEFENDANT TO APPEAR AT THE CHANGE OF PLEA/DISPOSITION HEARING BY TELEPHONE** |

       Esther Ruiz-Heathers asks this court for an order permitting her to appear at the change of plea/disposition hearing by telephone.  Ms. Ruiz-Heathers currently resides in the remote Southeastern Alaska community of Klawok.  She is indigent and would otherwise be required to travel to Anchorage at public expense.  In light of the agreement she has reached with the government, an appearance by telephone will serve her convenience and will conserve public resources.

       The government does not oppose the request.

       This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 17th day of August 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on August 17, 2006,
a copy of the *Unopposed Motion for Order Permitting the Defendant to Appear at the Change of Plea/Disposition Hearing by Telephone* was served electronically on:

Steve Skrocki
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy