UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>ESTHER RUIZ-HEATHERS,<br><br>        Defendant. | NO. 3:02-cr-0111-JKS<br><br>**PROPOSED ORDER** |

      On consideration of the defendant's unopposed motion for leave to appear at the change of plea/disposition hearing by telephone;

      It is hereby ordered that the defendant may appear by telephone at the change of plea/disposition hearing in this matter. The defendant should call 907-_____ at the time of the hearing.

      DATED this _____ day of August 2006, in Anchorage, Alaska.

                                                    JAMES K. SINGLETON<br>
                                                  United States District Court Judge