Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:02-cr-0111-JKS |
| Plaintiff, | |
| vs. | **NOTICE OF INTENT TO CHANGE PLEA** |
| ESTHER RUIZ-HEATHERS, | |
| Defendant. | |

Esther Ruiz-Heathers intends to plead guilty to an information charging a violation of 21 U.S.C. § 844(a) pursuant to a Fed.R.Crim.P. 11(c)(1)(C) written plea agreement which provides for a probationary disposition of one day pursuant to 18 U.S.C. § 3607.  If Ms. Ruiz-Heathers' guilty plea is accepted and if the written plea agreement is otherwise acceptable to the court, the parties will jointly request that entry of the order of probation follow immediately.

DATED at Anchorage, Alaska this 17th day of August 2006.

Respectfully submitted,


s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       kevin_mccoy@fd.org


Certification:
I certify that on August 17, 2006,
a copy of the *Notice of Intent to Change
Plea* was served electronically on:

Steve Skrocki
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy