Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ESTHER RUIZ-HEATHERS,<br><br>   Defendant. | NO. 3:02-cr-0111-JKS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

   Kevin F. McCoy, being duly sworn upon oath, deposes and says as follows:

   1.   I am the attorney for Esther Ruiz-Heathers.

   2.   The purpose of this motion is to ask that Ms. Ruiz-Heathers be permitted to testify at the change of plea/disposition hearing by telephone.

   3.   Fed.R.Crim.P. 43(b)(3) permits change of plea hearings and disposition hearings to be conducted in the defendant's absence.

   4.   Ms. Ruiz-Heathers is indigent and currently resides in Klawok, Alaska.

   5.   Klawok, Alaska is a remote community in Southeast Alaska.

6.  If Ms. Ruiz-Heathers were to physically attend the change of plea/disposition hearing, her transportation to Anchorage would be at public expense.

7.  In light of the agreement she has reached with the government, Ms. Ruiz-Heathers is asking that she be permitted to attend the change of plea/disposition hearing by telephone.

8.  Such an order would conserve public resources.

9.  The government has agreed not to oppose this request in its Fed.R.Crim.P. 11(c)(1)( C) agreement with Ms. Ruiz-Heathers.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 17th day of August 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on August 17, 2006,
a copy of the *Unopposed Motion for Order
Permitting the Defendant to Appear at the
Change of Plea/Disposition Hearing by Telephone*
was served electronically on:

Steve Skrocki
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy

*United States v. Esther Ruiz-Heathers*
Case No. 3:02-cr-0111-JKS                                                                                           Page 2