Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>ESTHER RUIZ-HEATHERS,<br><br>     Defendant. | NO. 3:02-cr-0111-JKS<br><br>**NOTICE OF FILING** |

Esther Ruiz-Heathers files a form order of probation and statement of special probation conditions prepared by the Administrative Office for use in 18 U.S.C. § 3607 cases.  *See* Exhibit A.  The original has been executed by Ms. Ruiz-Heathers and by her counsel.  Unless otherwise directed, Mr. Ruiz-Heathers will present the original order of probation and statement of special conditions, which she and her counsel have signed, in open court at disposition.

DATED at Anchorage, Alaska this 18th day of August 2005.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on August 18, 2006,
a copy of the *Notice of Filing* was
served electronically on:

Steve Skrocki
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy