UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ESTHER RUIZ-HEATHERS,<br><br>Defendant. | NO. 3:02-cr-0111-JKS<br><br>**ORDER** |

On consideration of the defendant's unopposed motion for leave to appear at the arraignment/change of plea/disposition hearing by telephone;

It is hereby ordered that the defendant may appear by telephone at the arraignment/change of plea/disposition hearing in this matter to be held **Monday, August 28, 2006, at 10:00 a.m.** The defendant should call **(907) 677-6228** at the time of the hearing.

**DATED** this 22nd day of August 2006, in Anchorage, Alaska.

                                                /s/James K. Singleton
                                                JAMES K. SINGLETON
                                                United States District Court Judge