MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA

U.S.A. vs.  ESTHER RUIZ-HEATHERS   CASE NO. 3:02-cr-00111-JKS
Defendant: X Present-Telephonic X On Bond

BEFORE THE HONORABLE:      JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:      ROBIN M. CARTER

UNITED STATES' ATTORNEY:    STEVE SKROKI

DEFENDANT'S ATTORNEY:       KEVIN MCCOY

U.S.P.O.:                MARY FRANCES BARNES

INTERPRETER:              CHANDLER THOMPSON ( SPANISH  )
X Telephonic Appearance                (Language)

PROCEEDINGS: ARRAIGNMENT/CHANGE OF PLEA/IMPOSITION OF SENTENCE
             ON THE INFORMATION HELD 8/28/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:03 a.m. court convened.

X Interpreter sworn.

X Defendant advised of general rights, charges and penalties.

X PLEA: Guilty to count 1 of the Information.

X Notice of Appeal form given to defense counsel.

X Court stated findings/reasons pursuant to sentencing
guidelines.

X Defendant placed on probation for a period of 1 day under the
usual terms and conditions with special conditions of probation
as stated in the Order of Probation.

X On motion of the U.S. Attorney, Count 1 of the Indictment in
this case is dismissed.


                    CONTINUED ON PAGE 2


DATE: August 28, 2006         DEPUTY CLERK'S INITIALS:    Rc

CONTINUATION - PAGE 2
U.S.A. V ESTHER RUIZ-HEATHERS; 3:02-cr-00111-JKS
ARRAIGNMENT/CHANGE OF PLEA/IMPOSITION OF SENTENCE
8/28/06:


X_OTHER: Motion to Vacate under 28 U.S.C. 2255 (dkt 54); GRANTED.

At 10:29 a.m. court adjourned.

DATE: August 28, 2006          DEPUTY CLERK'S INITIALS:    rc