UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ESTHER RUIZ-HEATHERS,<br><br>    Defendant. | Case No. 3:02-cr-00111-JKS |

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(d)(1)

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    __XX__  The court has granted the motion of the government for dismissal of the Indictment with prejudice; of the offense of 21:841(a)(1) & 841 (b)(1)(B)(viii) Possession of Controlled Substance with Intent to Distribute as charged in count 1 of the Indictment.

    **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

    **DATED** at Anchorage, Alaska, this 28 day of August, 2006.



JAMES K. SINGLETON
United States District Judge

[ ]{DISCHARG.WPD*Rev.2/97}