Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ESTHER RUIZ-HEATHERS,<br><br>　　　　　Defendant. | NO. 3:02-cr-0111-JKS<br><br>**UNOPPOSED MOTION TO DISMISS PROCEEDINGS AGAINST ESTHER RUIZ-HEATHERS AND REQUEST TO DISCHARGE HER FROM PROBATION** |

　　　　Esther Ruiz-Heathers asks this court for an order dismissing these proceedings and, further, for an order discharging her from probation. This request is appropriate because this court entered an order of probation pursuant to 18 U.S.C. § 3607. This statute requires that proceedings be dismissed and the person be discharged from probation if there are no violations of the conditions of probation. In this instance, Ms. Ruiz-Heathers has successfully completed her period of probation. Accordingly, it is appropriate that these proceedings be dismissed and that Ms. Ruiz-Heathers be discharged from probation.

　　　　The government does not oppose this request.

　　　　The probation service does not oppose this request.

This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 30th day of August 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:    907-646-3400
Fax:    907-646-3480
E-Mail:    kevin_mccoy@fd.org

Certification:
I certify that on August 30, 2006,
a copy of the *Unopposed Motion to Dismiss*
*Proceedings Against Esther Ruiz-heathers*
*and Request to Discharge Her from Probation*
was served electronically on:

Steve Skrocki
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy