UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ESTHER RUIZ-HEATHERS,<br><br>　　　　Defendant. | NO. 3:02-cr-0111-JKS<br><br>**PROPOSED ORDER OF<br>DISMISSAL AND DISCHARGE** |

On consideration of the defendant's unopposed motion for dismissal of proceedings and discharge from probation;

It is hereby ordered:

The motion is granted pursuant to 18 U.S.C. § 3607. Proceedings in this matter against the defendant, Esther Ruiz-Heathers, are hereby dismissed and she is hereby discharged from probation.

DATED this _____ day of _____ 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE