Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ESTHER RUIZ-HEATHERS,<br><br>　　　　Defendant. | NO. 3:02-cr-0111-JKS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

　　　　Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

　　　　1.　　I am the attorney for Esther Ruiz-Heathers.

　　　　2.　　On August 28, 2006, this court placed Ms. Ruiz-Heathers on a term of probation for one day pursuant to 18 U.S.C. § 3607, the Federal First Offender Act.  *See* Docket No. 122.

　　　　3.　　Title 18 U.S.C. § 3607 provides that "[a]t the expiration of the term of probation, if the person has not violated a condition of [her] probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge [her] from probation."

4. In this instance, Ms. Ruiz-Heathers has completed her term of probation without any violations.

5. Accordingly, it is appropriate for the court to enter an order dismissing these proceedings against Ms. Ruiz-Heathers and to discharge her from probation.

6. On August 30, 2006, I telephoned Assistant U.S. Attorney Steve Skrocki about this request. I learned that Mr. Skrocki is on leave until September 11, 2006. However, based on all of my conversations with Mr. Skrocki in this matter, I believe on information and belief that the government does not oppose this request.

7. On August 30, 2006, I spoke with probation officer Mary Frances Barnes. Ms. Barnes informed me that Ms. Ruiz-Heathers completed her term of probation without violation and that she does not oppose an order dismissing these proceedings and discharging Ms. Ruiz-Heathers from probation.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 30th day of August 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

<u>Certification</u>:
I certify that on August 30, 2006,
a copy of the *Affidavit of Counsel*
was served electronically on:

Steve Skrocki
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy