UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:02-cr-0111-JKS |
|---|---|
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL AND DISCHARGE** |
| ESTHER RUIZ-HEATHERS, | |
| Defendant. | |

On consideration of the defendant's unopposed motion for dismissal of proceedings and discharge from probation;

It is hereby ordered:

The motion is granted pursuant to 18 U.S.C. § 3607. Proceedings in this matter against the defendant, Esther Ruiz-Heathers, are hereby dismissed and she is hereby discharged from probation.

DATED this 31st day of August 2006, in Anchorage, Alaska.

/s/James K. Singleton
JAMES K. SINGLETON
U.S. DISTRICT JUDGE